# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00197-CV

### In re Marcus Tyler Sheffield

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Marcus Tyler Sheffield has filed a petition for writ of mandamus complaining that the trial court has failed to rule on a petition for expunction. Sheffield bears the burden to present this Court with a record (including but not limited to the expunction petition) sufficient to demonstrate his right to mandamus relief. *See In re Sarkissian*, 243 S.W.3d 860, 861 (Tex. App.—Waco 2008, orig. proceeding) (explaining that relator must establish the trial court has a duty to rule and that the filing was called to the court's attention); *see also* Tex. R. App. P. 52.7(a) (requiring a relator to file a record containing sworn copies "of every document that is material to [his] claim for relief"). Having reviewed the mandamus petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Filed: April 20, 2022